**SO ORDERED.**

**SIGNED this 6 day of November, 2017.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

KEITH A BISHOP,   CASE NO. 17-01320-5-DMW
               CHAPTER 13
   DEBTOR

ORDER ALLOWING DEBTOR'S AMENDED OBJECTION TO CLAIM

Upon the Amended Objection to Claim of the Debtor and there having been no responsive filing or objection within the time required, the Court finds that Court Claim #1, as amended, of Internal Revenue Service filed in the total amount of $12,332.69 should be reduced as follows:

| Type of claim | Amount of claim |
| --- | --- |
| Secured | $4,998.42 |
| Unsecured Priority | $2,246.08 |
| Unsecured, nonpriority | $1,413.78 |

It is therefore ORDERED that Court Claim #1, as amended, be, and hereby is reduced as set forth above herein.

End of Document